

# Fourth Court of Appeals
## San Antonio, Texas

September 30, 2016

No. 04-15-00736-CV

**THE CITY OF LAREDO**,
Appellant

v.

**NORTHTOWN DEVELOPMENT, INC.** and Gateway Centennial Development, Co.,
Appellees

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2014-CV-7001705-D2
Honorable Monica Z. Notzon, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
              Rebeca C. Martinez, Justice
              Jason Pulliam, Justice

The panel has considered appellee's motion for rehearing, and the motion is DENIED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of September, 2016.

_____
Keith E. Hottle
Clerk of Court